IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-01573-MSK-CBS

ANTHONY DEAN CONLEY,

    Plaintiff,

v.

THOMAS LEE QUNITA,
MIKE MARONI, and
LARRY RITTENMEYER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court are the following motions:

    1. Unopposed Motion for Leave to Take Telephone Deposition of Inmate Byron Red Kettle (filed September 9, 2005; doc. no. 85);

    2. Unopposed Motion for Leave to Take Telephone Deposition of Inmate Wallace Mitchell (filed September 9, 2005; doc. no. 86);

    3. Unopposed Motion for Leave to Take Telephone Deposition of Inmate Muhaymin Shabazz Muhammad (filed September 9, 2005; doc. no. 87); and

    4. Unopposed Motion for Leave to Take Telephone Deposition of Inmate Jermaine Sana Saunders (filed September 9, 2005; doc. no. 88).

    It is hereby **ORDERED** that the foregoing motions are all **GRANTED**.

**DATED:**    September 12, 2005