IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:03-cv-01573-MSK-CBS

ANTHONY DEAN CONLEY,

Plaintiff,

v.

THOMAS LEE QUINTANA,
MIKE MARONI, and
LARRY RITTENMEYER,

Defendants.

## ORDER GRANTING LEAVE TO TAKE TELEPHONE DEPOSITION OF INMATE JERMAINE DANA SAUNDERS

The Plaintiff has filed an Unopposed Motion for Leave of Court to Take the Telephone Deposition of Inmate Jermaine Dana Saunders, and the Court being sufficiently advised,

Hereby GRANTS the Motion.

DATED this 15th day of September, 2005.

BY THE COURT:

_____
United States Magistrate Judge